# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>    Plaintiffs,<br>  v.<br><br>LOUIS HEINDL & SON, INC., a New York Corporation,<br><br>    Defendant. | CASE NO. CV 23-754-GW-PDx<br><br>**JUDGMENT BY COURT AGAINST DEFENDANT LOUIS HEINDL & SON, INC.** |

It appearing from the records in the above-entitled action from Plaintiffs' Motion for Entry of Default Judgment by Court, including the declaration submitted in support thereof, and other evidence as required by F.R.C.P. 55(b) and Local Rule 55.1, that Defendant Louis Heindl & Son, Inc. has failed to plead or otherwise defend in said action and default having been entered.

1

[PROPOSED] JUDGMENT BY COURT AGAINST DEFENDANT LOUIS HEINDL & SON, INC.

Now, therefore, on request of counsel, the Default Judgment, comprised of the following, is hereby entered against Defendant Louis Heindl & Son, Inc.

<u>Plaintiffs' Claim for Relief</u>

As to Plaintiffs' Claim for Relief, Defendant Louis Heindl & Son, Inc. is hereby ordered to pay $362,879.00 in withdrawal liability and $26,283.53 in prejudgment interest pursuant to Section 4219(c)(6) of ERISA, 29 U.S.C. § 1399(c)(6).

<u>Attorneys' Fees and Costs</u>

Defendant Louis Heindl & Son, Inc. is hereby ordered to pay $11,383.25 in attorneys' fees pursuant to Local Rule 55-3, and costs totaling $2,156.36.

Total judgment for Plaintiffs is $402,702.14.

IT IS SO ORDERED.

Dated: July 21, 2023

*[signature]*

HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

2

[PROPOSED] JUDGMENT BY COURT AGAINST DEFENDANT LOUIS HEINDL & SON, INC.